MWG/SMS/IC
F.# 2024R00654

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ERNEST AIELLO, et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

~~PROPOSED~~ O R D E R

CR 25-314 (RER)

      Upon the application of JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, by Assistant United States Attorneys Michael W. Gibaldi, Sean M. Sherman and Irisa Chen, for an order unsealing the above-captioned matter in its entirety.

      WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
           October 23, 2025

*James R. Cho*
_____
HONORABLE JAMES R. CHO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK