

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MWG/SMS/IC
F. #2024R00654

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 23, 2025

By ECF and E-mail

The Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: United States v. Ernest Aiello, et al.
      Criminal Docket No. 25-314 (RER)

Dear Judge Cho:

    The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

        Respectfully submitted,

        JOSEPH NOCELLA, JR.
        United States Attorney

    By:    /s/
        Michael W. Gibaldi
        Sean M. Sherman
        Irisa Chen
        Assistant U.S. Attorney
        (718) 254-7000

Enclosure

cc: Clerk of Court (by ECF)