UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------x
UNITED STATES OF AMERICA,

               -against-

ANGELO RUGGIERO, JR.,

                       Defendant.
---------------------------------------------------x

**NOTICE OF APPEARANCE**

25 CR 314 (RER)

SIR/MADAM:

    PLEASE TAKE NOTICE, that I, James R. Froccaro, Jr., do hereby appear in the above-captioned criminal case for defendant Angelo Ruggiero. I was admitted to practice law in this district in the year 1988.

Dated:  Port Washington, New York
         October 23, 2025

                                Yours, etc.,

                                /JRF/
                            _____
                            JAMES R. FROCCARO, JR. (JRF-5461)
                            20 Vanderventer Avenue, Suite 103W
                            Port Washington, NY 11050
                            (516) 944-5062 (phone)
                            (516) 944-5066 (fax)
                            JRFESQ61@aol.com (e-mail)