# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 1:25-cr-00314-JMA-CHK |
| HORATIO HU | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Horation Hu

Date: 10/23/2025

*Attorney's signature*

Eric Rothstein
*Printed name and bar number*

325 East 79th Street, # 8B
New York, New York 10075
*Address*

Eric@RothsteinLawNY.com
*E-mail address*

(212) 577-9797
*Telephone number*

*FAX number*