# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __James Cho__    DATE: __10/23/25__

DOCKET NUMBER: __25 CR 314 (~~JMA~~) RER__    LOG #: __3:27 - 3:47__

DEFENDANT'S NAME: __Earnest Aiello__
__X__ Present ___ Not Present __X__ Custody ___ Bail

DEFENSE COUNSEL: __~~Marissa Sherman~~ Jeremy Iandolo ~~Mario Gallucci~~__
___ Federal Defender ___ CJA __X__ Retained ___ Appointed by the Court

A.U.S.A: __Sean Sherman__    CLERK: SM Yuen

Probation: _____    (Language) _____

__X__ Defendant arraigned on the: __X__ indictment ___ superseding indictment ___ probation violation

__X__ Defendant pleads NOT GUILTY to ALL counts.

__X__ Rule 5f Order read into the record.

___ DETENTION HEARING Held.    __X__ Defendant's first appearance.

    __X__ Bond set at __$3 million__    Defendant __X__ released ___ held pending
    __X__ satisfaction of bond conditions.
    __X__ Defendant advised of bond conditions set by the Court and signed the bond.
    __1__ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
    ___ (Additional) surety/ies to co-sign bond by _____
    ___ After hearing, Court orders detention in custody.    ___ Leave to reopen granted
    ___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

__X__ Order of Excludable Delay/Speedy Trial entered. Start __10/23__ Stop __11/24/25__

___ Medical memo issued.

___ Defendant failed to appear; bench warrant issued.

__X__ Status conference set for __11/24/25__ @ __10 AM__ before Judge __Reyes__

Other Rulings: _____