## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   **Joseph A. Marutollo**          DATE:  **10/28/25**

DOCKET NUMBER:   **25CR314(RER)**          LOG#:  2:03-2:41; 2:48-2:57

DEFENDANT'S NAME:   **Angelo Ruggiero Jr.**
   ✓ Present   ___ Not Present      ✓ Custody   ___ Bail

DEFENSE COUNSEL:   **James Froccaro**
   ___ Federal Defender   ___ CJA      ✓ Retained

A.U.S.A.:  Michael Gibaldi          CLERK:  **Felix Chin**

INTERPRETER: _____   (Language) _____

Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

✓ DETENTION HEARING Held.   ___ Defendant's first appearance.

___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.

___ Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered.   Start_____ Stop_____

___ Rule 5f warnings given to the govt.   ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings:  Dfse counsel presented a bail application of $5 million with 5 sureties and properties; govt opposed; court denied the application. Order of detention entered.