MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   Taryn A. Merkl            DATE:  10/28/25

DOCKET NUMBER:   25CR314(RER)                LOG#: 4:01-4:37

DEFENDANT'S NAME:   Curtis Meeks
   ✓ Present      ___ Not Present      ___ Custody      ✓ Bail

DEFENSE COUNSEL:   Sally Butler
   ___ Federal Defender      ✓ CJA      ___ Retained

A.U.S.A:   Sean Sherman                  CLERK:  Felix Chin

INTERPRETER: _____ (Language)

Defendant arraigned on the: ✓ indictment  ___ superseding indictment  ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ✓ Defendant's first appearance.

   ✓ Bond set at  $250,000 . Defendant ✓ released ___ held pending satisfaction of bond conditions.
   ✓ Defendant advised of bond conditions set by the Court and signed the bond.
   ___ Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.
   ___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered.  Start 10/28/25  Stop 11/24/25

✓ Rule 5f warnings given to the govt.   ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for 11/24/25 @ _____ before Judge Reyes

Other Rulings: _____