## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE  Taryn Merkl      DATE:  10/29/25

DOCKET NUMBER:  25 cr 00314 (RER)      LOG #:  3:31 – 4:38

DEFENDANT'S NAME:  AMMAR AWAWDEH
  _✓_ Present   ___ Not Present   _✗_ Custody   ___ Bail

DEFENSE COUNSEL:  Mark Lesko, Matin Emouna
  ___ Federal Defender   ___ CJA   ___ Retained   _✗_ Appointed by the Court

A.U.S.A:  Sean Sherman, I. Chen, B. Weintraub   CLERK: SM Yuen

Probation: _____ (Language) _____

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ Rule 5f Order read into the record.

_✗_ ~~DETENTION~~ Bail HEARING Held. — some on side bar.   ___ Defendant's first appearance.

  ___ Bond set at _____ Defendant ___ released ___ held pending satisfaction of bond conditions.
  ___ Defendant advised of bond conditions set by the Court and signed the bond.
  ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  ___ (Additional) surety/ies to co-sign bond by _____
  ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued.  Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered.  Start_____ Stop_____

___ Medical memo issued.

___ Defendant failed to appear; bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings:  Gov't opposed bail. Defense counsel present a bail package proposing a $2 million bond w/ 5 suretors. Hearing adj to 10/30/25 11am when all suretors are present for Court to interview.