# UNITED STATES DISTRICT COURT

for the

Eastern District of New York ▾

| | |
|---|---|
| United States of America | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cr-00314-RER |
| Aiello et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Chauncey Billups

Date:     11/04/2025

_____
*Attorney's signature*

Marc L. Mukasey (MM 1185)
*Printed name and bar number*

MUKASEY YOUNG LLP
570 Lexington Avenue, Suite 3500
New York, New York 10022

*Address*

marc.mukasey@mukaseylaw.com
*E-mail address*

(212) 466-6400
*Telephone number*

*FAX number*