# Oliver S. Storch

Attorney at Law
28th Floor
120 Broadway
New York, New York 10271
E-Mail: oliver.storch@verizon.net
www.oliverstorch.com

Member of N.Y. & Ct. Bars                                        Telephone: (212) 587-2383

**VIA EMAIL**                                           November 5, 2025

The Honorable Ramon E. Reyes
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201                    **Re: United States v. Anthony Shnayderman**
                                        **Docket No.: 25-CR-00314 (RER) (JRC)**

Your Honor:

    Greetings.

    On October 23rd, 2025, Mr. Anthony Shnayderman was released on $5 million partially secured bond with home detention until said conditions of bond are met and subsequently curfew.

    The Defense respectfully requests that Home Detention/Curfew be modified to Stand Alone Monitoring, once conditions of bond are met.

    Mr. Shnayderman has been fully compliant with all the conditions of bond as per US Pre-trial Officer Meghan Baio, who consents to this request.

    AUSA Michael Gibaldi consents to this request on behalf of the Government.

    Thank you for your prompt consideration.

                                                           Respectfully submitted,

                                                           /s/ *Oliver S. Storch*

                                                           Oliver S. Storch, Esq.
                                                        **SO ORDERED:**
                                                           _____
                                                           United States District Court Judge

OS/gp
cc: AUSA Michael Gibaldi