AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Aiello et al.<br>*Defendant* | )<br>)<br>) Case No. 1:25-cr-00314-RER<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Chauncey Billups

Date: 11/05/2025

*/s/ Torrey Young*
*Attorney's signature*

Torrey K. Young (5768239)
*Printed name and bar number*

MUKASEY YOUNG LLP
570 Lexington Avenue, Suite 3500
New York, New York 10022
*Address*

torrey.young@mukaseylaw.com
*E-mail address*

(212) 466-6400
*Telephone number*

*FAX number*