# Law Offices of Scott E. Leemon, P.C.

**41 Madison Avenue, 31st Floor**
**New York, New York 10010**
**212-696-9111-Office**
**917-238-0880-Mobile**
scott@leemonlaw.com--Email
www.leemonlaw.com

November 6, 2025

**Via ECF**
Honorable Ramon E. Reyes Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  United States v Nicholas Minucci, 25 CR 314 (RER)

Dear Judge Reyes:

    I am counsel for Mr. Minucci who was released today on $3.5 secured bond, with home incarceration.

    As the court is aware, Mr. Minucci's mother passed on October 31, 2025 while he was in the MDC and the funeral is now scheduled for Monday, November 10, 2025.

    As such, I write to seek the following modifications of Mr. Minucii's home incarceration:

- The permit him to go clean out his mother's apartment with his uncle on Saturday, November 8, 2025[1];

---

[1] He will work out the specific time with Officer Bradi and provide the address of his mother's apartment to her.

1

- After the burial on November 10, 2025, to attend a family lunch[2].

AUSA Michael Gibaldi informs me that he has no objection to this request and Officer Bradi informs me she consents to the request.

I thank you in advance for your consideration of these requests.

Very truly yours,

/s/
Scott Leemon

cc: AUSA Michael Gibaldi (via ECF)
    Mallori Brady, USPTS, EDNY (via email)

---

[2] **He will provide Officer Bradi with the location of the restaurant and the approximate time he will be there before going.**

2