

*8212 3ʳᵈ Avenue, Brooklyn NY 11209*
*917.397.1577 Office*
*718.395.1732 Fax*
*J.Iandolo@jiandololaw.com*

November 18, 2025

**Via ECF**
Honorable Ramon E. Reyes, Jr.
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re: United States of America v. Earnest Aiello*
Case No. 25-CR-314

Dear Judge Reyes:

The undersigned represents Defendant Earnest Aiello in the above-captioned matter. Mr. Aiello respectfully moves for a limited modification of his bond conditions to permit (1) travel within New York State for the upcoming Thanksgiving holiday, and (2) weekly work-related travel to New Jersey necessary for the operation of his construction business.

### I. Thanksgiving Travel Request

Mr. Aiello seeks permission to travel with his family to Lake George, New York, from Tuesday, November 25, 2025, through Saturday, November 29, 2025, for the Thanksgiving holiday. This trip is a longstanding family tradition, planned well in advance, and the reservation confirmation has been provided to both the Government and Pretrial Services.

Pretrial Services has no objection to this request, as they were provided with Mr. Aiello's itinerary for said holiday trip. Moreover, Mr. Aiello will remain on GPS monitoring at all times and will adhere to all reporting and compliance requirements imposed by Pretrial Services.

### II. Weekly Work-Related Travel to New Jersey

Mr. Aiello also respectfully requests authorization to travel once weekly to New Jersey to supervise four active construction projects operated through his company, Enterprise Construction NY LLC. In addition to his ownership of Uncle Louie G's in Staten Island, these construction projects constitute a critical component of his lawful livelihood and directly support his family. His physical presence is required periodically to ensure safety, compliance, and continuity of operations.

This topic was not addressed at the initial bond hearing due to timing and the understandably emotional circumstances surrounding the proceeding. Since then, Mr. Aiello has worked diligently with the Government and Pretrial to clarify his obligations and ensure transparency.

Pretrial Services has no objection to this work-related travel and is prepared to supervise and approve a schedule in advance.

The Government objects, asserting that it has not yet contacted all associated job-site owners. However, over the past three weeks, Mr. Aiello—through the undersigned—has provided extensive, comprehensive documentation, including:

- full contact information for all owners and general contractors;
- invoices and payment records;
- blueprints and project documentation;
- text messages and email correspondence.

Despite these materials, the Government maintains its objection, even though it has successfully spoken with several of the listed project owners. The defense submits that Mr. Aiello has gone well beyond his obligations in providing documentation and that any remaining outreach by the Government should not impede his ability to lawfully maintain his employment.

Mr. Aiello is willing to complete all site visits within a single day each week, as coordinated with Pretrial Services.

### III. Conclusion

Mr. Aiello has been fully compliant with all existing release conditions, has demonstrated transparency and good faith, and continues to cooperate with Pretrial Services. The requested modifications are narrow, reasonable, and essential to allow him to support his family and participate in longstanding holiday traditions, all without increasing any risk of non-appearance or danger.

For these reasons, Mr. Aiello respectfully requests that the Court grant the above modifications to his bond conditions.

Thank you for the Court's time and consideration.

Respectfully submitted,

/s/ *Jeremy M. Iandolo*
Jeremy M. Iandolo, Esq
*Attorney for Ernest Aiello*