# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __Robert M. Levy__    DATE: __11/24/25__

DOCKET NUMBER: __25CR314(RER) & 25CR323(RPK)__    LOG#: __2:19 - 2:26__

DEFENDANT'S NAME: __Eric Ernest__
___ Present    ✓ Not Present    ___ Custody    ✓ Bail

DEFENSE COUNSEL:
___ Federal Defender    ___ CJA    ___ Retained

A.U.S.A: _____    CLERK: __Felix Chin__

INTERPRETER: _____ (Language) _____

Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.    ___ Defendant's first appearance.

   ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.

   ___ Defendant advised of bond conditions set by the Court and signed the bond, *via telephone*

   __2__ Surety (ies) sworn, advised of bond obligations by the Court and signed the bond. *gave consent to the court to sign on their behalf.*

   ___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.    ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start_____ Stop_____

___ Rule 5f warnings given to the govt. ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: _____