ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern
———————
Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

November 26, 2025

**By ECF and Email**
Hon. Ramon E. Reyes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Zhen Hu
       25 Cr. 314 (RER)

Dear Judge Reyes:

  I represent Mr. Zhen Hu in the above-named matter. This letter is respectfully submitted to request a modification of Mr. Hu's bond conditions to allow him to attend a Friendsgiving dinner. The government defers to Pretrial Services on this temporary modification request. Pretrial's position is that he should have enough time to attend with his current curfew of 8:00 p.m. and the modification isn't necessary.

  Mr. Hu is on pretrial release in the Eastern District of New York and subject to conditions that include a curfew and electronic monitoring. He respectfully requests a temporary modification of his bond conditions to permit him to attend a Friendsgiving dinner on Sunday, November 30, 2025 at Shokunin BBQ, a restaurant located at 952 60th Street, Brooklyn, New York 11219, from 4:30 p.m. until 9:30 p.m. (includes half hour of travel time to and from the restaurant). Mr. Hu has been complaint thus far and attended Monday's court conference as directed. If this application is granted, Mr. Hu will provide his Pretrial Services Officer Lopez with all of the necessary information prior to the dinner.

  If the Court has any questions regarding this application, please do not hesitate to contact me.

                Respectfully submitted,
                /s/
                Frank Rothman

cc: AUSA Irisa Chen, (by ECF and Email)

AUSA Michael Gibaldi, (by ECF and Email)
AUSA Sean Sherman, (by ECF and Email)
Pre-Trial Services Officer Lopez (by Email)

Case 1:25-cr-00314-RER-CHK   Document 373   Filed 11/26/25   Page 2 of 2 PageID #: 1404