Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

### United States District Court

__Eastern__ District of __New York__

Caption:

__United States__ v.

__Thomas Gelardo__

Docket No.: __25 Cr 314__

__Judge Ramon E. Reyes Jr.__
(District Court Judge)

Notice is hereby given that __Thomas Gelardo__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [✓] __detention hearing__
(specify)

entered in this action on __11/19/2025__.
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [ ]   Other [✓]

Defendant found guilty by plea [ ]   trial [ ]   N/A [✓].

Offense occurred after November 1, 1987?   Yes [✓]   No [ ]   N/A [ ]

Date of sentence: _____   N/A [✓]

Bail/Jail Disposition: Committed [✓]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✓] No [ ]   If yes, provide the following information:

Defendant's Counsel:   Esere Joy Onaodowan, Esq.
Counsel's Address:    100 Church Street, 8th Fl.
                      New York, New York 10007
Counsel's Phone:      (718) 427 - 3139

Assistant U.S. Attorney:  Sean M. Sherman
AUSA's Address:           271-A Cadman Plaza East
                          Brooklyn, New York 11201
AUSA's Phone:             (718) 254-6262

_____
Signature