THE LAW OFFICES OF
# VINCENT J. MARTINELLI
ATTORNEY AND COUNSELOR AT LAW

*Executive Suites at The Park*
900 SOUTH AVENUE – 3rd FLOOR
STATEN ISLAND, NY 10314
TELEPHONE: (718) 667-0500
Vincent@VincentMartinelliLaw.com

ADMITTED IN NEW YORK
AND NEW JERSEY

December 16, 2025

VIA ECF

Honorable Clay H. Kaminsky
United States Magistrate Judge
US District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

         **Re:    United States v. Robert Stroud, et al.**
               25-CR-314 (RER)(CHK)

Dear Judge Kaminsky:

Please accept this letter as a follow-up to my letter, dated December 12, 2025, requesting a bail modification of Mr. Stroud's bond by changing the bond from an unsecured $100,000 appearance bond with no security and no additional financially responsible parties as an additional surety to a $250,000.00 appearance bond secured by real property, his family home, and additionally signed by his wife, Janet Stroud, who is the owner of the property. And because of this increased bond, the *home incarceration* condition will be removed.

Further, upon notice yesterday from Mr. Stroud's PTS Officer, Christian Berzak, Pre-trial Services hereby consents to the modification request, as listed above, as long as a *curfew* condition is additionally imposed once the home incarceration condition is removed, with the curfew specifics at the discretion of Pre-Trial Services. And the defendant agrees with curfew being added, as well, if Your Honor deems it necessary.

Thank you for your time and attention.

Very truly yours,
*Vincent Martinelli*
Vincent J. Martinelli

VJM/meb