UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHAUNCEY BILLUPS, et al.<br><br>Defendant. | 1:25-CR-00314-(6)(RER) |

## NOTICE OF CHANGE OF ADDRESS AND FIRM

To: ATTORNEY SERVICES CLERK AND ALL PARTIES

Pursuant to Local Rule 1.3 of the United States District Court for the Eastern District of New York, please take notice of the following attorney information changes for:

Torrey K. Young

I am an attorney duly admitted to practice before the United States District Court for the Eastern District of New York, and currently have this case pending before the Court. Please note the change of firm name and change of address below.

| | |
|---|---|
| Prior Firm Name and Contact Information: | MUKASEY YOUNG LLP<br>570 Lexington Avenue, Suite 3500<br>New York, New York 10022<br>(212) 466-6400<br>torrey.young@mukaseylaw.com |
| New Firm Name and Contact Information: | SEYFARTH SHAW LLP<br>620 Eighth Avenue<br>New York, New York 10018<br>(212) 218-5500<br>tkyoung@seyfarth.com |

I will continue to be counsel of record on the above-captioned case.

Dated: New York, New York       /s/ Torrey K. Young
       January 8, 2026        Torrey K. Young