**Jin P. Lee**
**The Law Office of Jin P. Lee**
**30 Wall Street, 8th Fl.**
**New York, NY 10005**
**(212) 709-8242**

January 27, 2028

<u>By ECF</u>

The Honorable Clay H. Kaminsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

              re: United States v. Curtis Meeks 25 cr 314 (CHK)

Dear Judge Kaminsky:

  I am the attorney for Curtis Meeks, assigned via the Eastern District CJA Plan on January 12, 2026. I am in receipt of the government's ECF #438 filing – regarding Pre-trial's request for a bond modification. I intend to file a response. I am requesting that I have until next Monday, February 2, 2026 to file a response or a time appropriate and convenient to the Court. The government does not oppose this request.

  Thank you for your consideration.

                     Sincerely,

                     *Jin P. Lee*

                     Jin P. Lee

cc: Clerk of the Court (CHC) (by ECF and email)
   AUSAs Irisa Chen, Sean Sherman, Michael Gibaldi (by ECF and email)