LAW OFFICES OF

# FREDERICK L. SOSINSKY

45 BROADWAY, SUITE 3010

NEW YORK, NEW YORK 10006

TELEPHONE (212) 285-2270

TELECOPIER (212) 248-0999

EMAIL: FredS@newyork-criminaldefense.com

February 18, 2026

BY ECF
Hon. Clay H. Kaminsky
U.S. Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: United States v. Ernest Aiello, et al.
            25 Crim. 314 (RER)

Dear Magistrate Judge Kaminsky:

    As you are aware, together with Michael Bachrach, I represent Joseph Lanni, the defendant in the above matter.

    I am writing to respectfully request that the conditions of Mr. Lanni's appearance bond be modified so as to permit him to attend a dinner with his wife and children from 8 pm to 11 pm (plus necessary travel time) this Friday, February 20, 2026 at Queensyard restaurant here in Manhattan. The dinner is to celebrate the 21st birthday of Mr. Lanni's son.

    Mr. Lanni's pretrial services officer, Tara Sarnelli, has no objection to this request. AUSA Sean Sherman advises that the government defers to pretrial services.

    Thank you for your consideration.

                                          Respectfully yours,

                                          Frederick L. Sosinsky

FLS:bms.