# United States District Court
# Eastern District of New York
**Judge REYES JR., RAMON E.**

Wednesday, March 4, 2026  
Room 2D N

Court Reporter: Sophie Nolan  
Ph:718-613-2622

## 02:00 PM
### Criminal Cause for Status Conference

**25cr00314**

### USA V. AIELLO ET AL

**Assistant United States Attorneys**
- Irisa Chen
- Michael W. Gibaldi
- Sean M. Sherman
- Kamil Ammari

*Deft.* 1 - ERNEST AIELLO — Retained Jeremy M Iandolo  
In-person proceeding  
On Bond  
Court Reporter Needed  
CSO's Requested

*Deft.* 2 - NELSON ALVAREZ — CJA Appointment Peter J. Guadagnino  
In-person proceeding  
On Bond  
Court Reporter Needed  
CSO's Requested

*Deft.* 3 - LOUIS APICELLA — Retained Shakira A. Fantauzzi  
In-person proceeding  
On Bond  
Court Reporter Needed  
CSO's Requested

*Deft.* 4 - AMMAR AWAWDEH — Retained Mark Lesko  
In-person proceeding  
On Bond  
Court Reporter Needed  
CSO's Requested

*Deft.* 5 - SAUL BECHER — CJA Appointment Avraham C. Moskowitz not present. (Steve Brownstein appeared on behalf of Mr. Moskowitz)  
In-person proceeding  
On Bond  
Court Reporter Needed  
CSO's Requested

*Deft.* 6 - CHAUNCEY BILLUPS — Retained Marc Lee Mukasey; Torrey K. Young  
In-person proceeding  
On Bond  
Court Reporter Needed  
CSO's Requested

*Deft.* 7 - MATTHEW DADDINO — Retained Gerard M. Marrone  
In-person proceeding  
On Bond  
Court Reporter Needed  
CSO's Requested

*Deft.* 8 - ERIC EARNEST — Retained Peter E. Brill not present. (David Gray appeared on behalf of Mr. Brill)  
In-person proceeding  
On Bond  
Court Reporter Needed  
CSO's Requested

*Deft.* 9 - LEE FAMA — Charles V. Millioen, Federal Defenders of New York  
In-person proceeding  
On Bond  
Court Reporter Needed  
CSO's Requested

*Deft.* 10 - JOHN GALLO — Retained Ethan Van Buren  
In-person proceeding  
On Bond  
Court Reporter Needed  
CSO's Requested

*Deft.* 11 - MARCO GARZON — CJA Appointed Steven Lloyd Brounstein  
In-person proceeding  
On Bond  
Court Reporter Needed  
CSO's Requested

*Deft.* 12 - THOMAS GELARDO — CJA Appointed Esereosonobrughue Joy Onaodowan

In Custody
Court Reporter Needed
In-person proceeding

*Deft.* 13 - JAMIE GILET  Retained Jason Gould

In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 14 - TONY GOODSON  Retained David M. Eskew
John J. Rapawy

In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 15 - KENNY HAN  Retained James Kousouros

In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 16 - SHANE HENNEN  Retained Todd M Leventhal

In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 17 - OSMAN HOTI  CJA Appointment Gary S. Villanueva

In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 18 - HORATIO HU  Retained Eric E. Rothstein

In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 19 - ZHEN HU  Retained Franklin A. Rothman & David Stern

In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 20 - DAMON JONES  CJA Appointment Kenneth J. Montgomery

In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 21 - JOSEPH LANNI  Retained Michael K. Bachrach

In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 22 - JOHN MAZZOLA  Retained Jeff Alan Chabrowe

In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 23 - CURTIS MEEKS  CJA Appointment Thomas H. Nooter

In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 24 - NICHOLAS MINUCCI  Retained Scott E. Leemon

In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 25 - MICHAEL RENZULLI  CJA Appointment Matthew J. Kluger

In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 26 - ANGELO RUGGIERO  Retained James R. Froccaro

In Custody
Court Reporter Needed
In-person proceeding

*Deft.* 27 - ANTHONY SHNAYDERMAN  Retained Oliver S. Storch

*In-person proceeding*
*On Bond*
*Court Reporter Needed*
*CSO's Requested*

*Deft. 28 - ROBERT STROUD*  Retained Christopher C. Caffarone

*In-person proceeding*
*On Bond*
*Court Reporter Needed*
*CSO's Requested*

*Deft. 29 - SETH TRUSTMAN*  CJA Appointment John Curran

*In-person proceeding*
*On Bond*
*Court Reporter Needed*
*CSO's Requested*

*Deft. 30 - SOPHIA WEI*  CJA Appointment Jacqueline E. Cistaro

*In-person proceeding*
*On Bond*
*Court Reporter Needed*
*CSO's Requested*

*Deft. 31 - JULIUS ZILIANI*  Retained Marco Laracca

*In-person proceeding*
*On Bond*
*Court Reporter Needed*
*CSO's Requested*

\*