# LAW OFFICES OF SCOTT E. LEEMON, P.C.

41 Madison Avenue, 31st Floor
New York, New York 10010
212-696-9111-Office
917-238-0880-Mobile
scott@leemonlaw.com--Email
www.leemonlaw.com

March 5, 2026

**Via ECF**
The Honorable Clay H. Kaminsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  United States v Nicholas Minucci, 25 CR 314 (RER)(CHK)

Dear Judge Kaminsky:

    I am counsel for Mr. Minucci who was released by Judge Pollak on $3.5 secured bond, with home incarceration. On January 14, 2026, the court ordered the home incarceration to be replaced with home detention with permission to attend/assist with verified childcare activities.

    I am writing to respectfully request that his bail conditions be modified to permit him to attend the following:

- A birthday party for his minor son (GM) and his friends
- A family birthday dinner for his minor son (GM)
- To attend medical appoints with his uncle (AM) who was recently diagnosed with cancer

    Pretrial will be provided advanced notice concerning all the details about these events (dates, location), before he attends.

1

  AUSA Michael Gibaldi has no objection to this request and Mallori Brady, of Pretrial consents to the assisting of his uncle and has no objection to the birthday events for his son.

  It is my understanding Mr. Minucci has been complaint with all conditions of releasee.

  I thank you in advance for your consideration of these requests.

           Very truly yours,

           /s/ *Scott Leemon*
           Scott Leemon


cc: AUSA Michael Gibaldi (via ECF)
   Mallori Brady, USPTS (via email)