# HC LLP
## HAMILTON | CLARKE

48 Wall Street, Suite 1100
New York, NY 10005

Tel: 212-729-0952
www.HCLLPLaw.com

**Ethan Van Buren**
Associate Attorney
vanburen@HCLLPLaw.com

The Honorable Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

March 11, 2026

### Re: United States v. John Gallo, 25-CR-314-RER-CHK

Dear Judge Kaminsky,

  Defendant John Gallo currently resides in the Eastern District of Pennsylvania, where he is subject to a curfew and electronic monitoring as conditions of his release. For the following reasons we respectfully request that Your Honor remove electronic monitoring as a condition of Mr. Gallo's release. Mr. Gallo's Pretrial Officers, both in EDNY and EDPA, believe that the removal of monitoring is appropriate, and the Government informed counsel that it defers to Pretrial on this issue.

  Since his arrest and release in this case Mr. Gallo has been employed, law-abiding, and has complied with every requirement of his release. Mr. Gallo has also demonstrated remarkable personal growth in this period. A self-described gambling addict, Mr. Gallo has not placed a bet since his arrest. He goes to Gamblers Anonymous meetings twice a week, and has been asked to chair multiple sessions, in the hope that his success can be a model for other addicts.

  The monitoring and curfew have also impacted his employment. Mr. Gallo's is currently allowed to be out of the house from 6:00am to 10:00pm Sunday through Wednesday, and 9:00am to 12:00am Thursday through Saturday. Mr. Gallo drives for Uber, and therefore his earnings fluctuate based on the times of day he is able to work and the demand for rides during those times. Currently, Mr. Gallo must stop working by 10:00 or 12:00, regardless of the level of demand. Furthermore, he occasionally receives notifications from Uber in the morning that demand is high, but he is unable to start working early.

  We submit that Mr. Gallo's demonstrated growth and responsibility, combined with the negative economic effects of his monitoring make removal of the monitoring condition appropriate at this time, and respectfully request Your Honor enter an order removing that condition.

      We thank Your Honor for your time and attention to this matter and are available to provide any further information the Court may require.

                                                                                                Respectfully submitted,

                                                                     /s/ Ethan Van Buren  
                                                                     Ethan Van Buren, Esq.  
                                                                     Lance Clarke, Esq.

cc:      All parties of record via ECF