

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| MWG/IC/SMS/KRA | *271 Cadman Plaza East* |
| F. #2024R00654 | *Brooklyn, New York 11201* |

April 20, 2026

<u>By ECF and Email</u>

The Honorable Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:     United States v. Damon Jones
>         <u>Criminal Docket No. 25-314 (RER)</u>

Dear Judge Marutollo:

The government respectfully submits this letter in advance of the change of plea hearing scheduled for April 28, 2026, and in response to the Court's Scheduling Order dated April 17, 2026.

First, please find enclosed an Elements Sheet for the offense to which the defendant is expected to plead guilty.

Second, with respect to the Court's request for information regarding the applicable statutory penalties and estimated United States Sentencing Guidelines calculation, please note that such information is located on pages one through three of the proposed plea agreement, which has been sent to Your Honor's chambers under separate cover.

Third, the government does not intend to seek any modification of the defendant's release conditions at the time of the plea hearing.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:        /s/
Michael W. Gibaldi
Irisa Chen
Sean M. Sherman
Kamil R. Ammari
Assistant United States Attorneys
(718) 254-7000


Enclosure


cc:     Clerk of Court (RER) (by ECF)
        Counsel of Record (by ECF)