MWG/IC/SMS/KRA
F. #2024R00654

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA         ELEMENTS SHEET

     - against -

                                   25 CR 314 (RER)

DAMON JONES,

          Defendant.

– – – – – – – – – – – – – – – – – –X

The government respectfully submits this elements sheet to advise the Court of the elements of conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349, as charged in Count One of the above-captioned Indictment.

The elements of conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349, are as follows:

First, two or more people formed an unlawful agreement to commit the crime of wire fraud, in violation of Title 18, United States Code, Section 1343; and

Second, the defendant knowingly and intentionally joined the conspiracy.

The elements of wire fraud, in violation of Title 18, United States Code, Section 1343, are as follows:

First, there was a scheme or artifice to defraud or to obtain money or property by materially false and fraudulent pretenses, representations or promises;

Second, the defendant knowingly and willfully participated in the scheme or artifice to defraud, with knowledge of its fraudulent nature and with specific intent to defraud; and

Third, in the execution of that scheme, the defendant used or caused the use of interstate or international wires.[1]

Dated: Brooklyn, New York
April 20, 2026

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By: _____/s/_____
Michael W. Gibaldi
Irisa Chen
Sean M. Sherman
Kamil R. Ammari
Assistant United States Attorneys
(718) 254-7000

---

[1] Adapted from Sand, et al., Modern Federal Jury Instructions, Instructions 19-3; 44-3. See United States v. Roy, 783 F.3d 418 (2d Cir. 2015).