AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York   ▼

|  |  |  |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-cr-00314-RER-CHK-6 |
| Aiello et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Chauncey Billups

Date:      06/09/2026

*M. F. Westfal*

*Attorney's signature*

Michael F. Westfal / 5027008
*Printed name and bar number*

SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018

*Address*

mwestfal@seyfarth.com
*E-mail address*

(212) 218-5500
*Telephone number*

*FAX number*