# MATTHEW J. KLUGER
## ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

June 10, 2026

<u>By ECF</u>
The Honorable Ramon E. Reyes, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **Re:** **<u>United States v. Michael Renzulli</u>**
       **25 Cr. 314 (RER)(25)**

Dear Judge Reyes,

  I represent defendant Michael Renzulli. A status conference in this case is scheduled for tomorrow, June 11, 2026, at 2:00 p.m.  I am currently on trial in a kidnapping case in the Eastern District of New York before the Honorable Nina R. Morrison (<u>United States v. Syed Rubel Ahmed</u>, 23-278 (NRM)).  Accordingly, with the Court's permission, Scott E. Leemon, Esq., counsel for defendant #24 Nicholas Minucci, has agreed to appear for me at the conference. I have advised Mr. Renzulli of the above who has no objection.

  Thank you for the Court's consideration.

         Respectfully Submitted,

         Matthew J. Kluger, Esq.

cc: AUSA Michael W. Gibaldi
   AUSA Sean M. Sherman
   AUSA Kamil R. Ammari
   Scott E. Leemon