# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States | 25-CR-314 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Ernest Aiello, et al. | Supp. Bill of Particulars |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Marshals Service

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
222 Cadman Plaza East Street, Brooklyn, NY 11201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

JOSEPH NOCELLA, JR., United States Attorney
Eastern District of New York
610 Federal Plaza, Central Islip, NY 11722
Attn: Kristen Lake

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Pleas deposit check in amount of $28,116.00 forwarded from the FBI into the Seized Asset Fund. Return Receipt Requested.

CATS ID #: 26-FBI-003648

SADF

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Claire S. Kedeshian* KL | | 631-715-7876 | 6/10/2026 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 53 | No. 53 | | 6/10/2026 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date 6/11/26 | Time | ☐ am ☐ pm |
|---|---|---|---|

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

$28,116.00 deposited into SADF on 6/11/2026.

1: 2025-CR-00314-1

Form USM-285
Rev. 03/21

GK:CSK
F. #2024R00654

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against –

ERNEST AIELLO,
NELSON ALVAREZ,
 also known as "Spanish G,"
LOUIS APICELLA,
 also known as "Lou Ap,"
AMMAR AWAWDEH,
 also known as "Flapper Poker"
 and "Flappy,"
SAUL BECHER,
CHAUNCEY BILLUPS,
MATTHEW DADDINO,
 also known as "Matty" and
 "The Wrestler,"
ERIC EARNEST,
 also known as "Spook,"
LEE FAMA,
JOHN GALLO,
MARCO GARZON,
THOMAS GELARDO,
 also known as "Juice,"
JAMIE GILET,
TONY GOODSON,
 also known as "Black Tony,"
KENNY HAN,
SHANE HENNEN,
 also known as "Sugar,"
OSMAN HOTI
 also known as "Albanian Bruce"
 and "Big Bruce,"

SUPPLEMENTAL
BILL OF PARTICULARS

25-CR-314 (RER)

HORATIO HU,
      also known as "H,"
ZHEN HU,
      also known as "Jonathan Chan,"
      "Jonathan Hu," "Scruli" and
      "Stanley,"
DAMON JONES,
      also known as "Dee Jones,"
JOSEPH LANNI,
JOHN MAZZOLA,
      also known as "John South,"
CURTIS MEEKS,
      also known as "Curt,"
NICHOLAS MINUCCI,
MICHAEL RENZULLI,
ANGELO RUGGIERO, JR.,
ANTHONY SHNAYDERMAN,
      also known as "Doc,"
ROBERT STROUD,
      also known as "Black Rob,"
SETH TRUSTMAN,
SOPHIA WEI,
      also known as "Pookie," and
JULIUS ZILIANI,
      also known as "Jay,"

               Defendants.

– – – – – – – – – – – – – – –X

The United States of America, by and through JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, Claire S. Kedeshian, Assistant United States Attorney, of counsel, hereby files the following Supplemental Bill of Particulars for forfeiture of property which is intended to supplement and supersede the Bill of Particulars filed on March 6, 2026 (Docket Entry No. 474).

The above-captioned Indictment seeks forfeiture of property pursuant to Title 18, United States Code, Sections 924(d)(1), 981(a)(1)(C), 982(a)(1), 982(b)(1), and 1955(d), Title 21,

2

United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c). The United

States hereby gives notice that it seeks forfeiture of the following additional property:

1. approximately $35,383.34 seized by law enforcement on or about October 23, 2025, from JPMorgan Chase Bank account number ending 2071 held in the name of 9425 SW 95th LLC, and all proceeds traceable thereto;

2. approximately $159,443.10 seized by law enforcement on or about October 23, 2025, from JPMorgan Chase Bank account number ending 7688 held in the name of Tony Nights Hospitality LLC and all proceeds traceable thereto;

3. approximately $107,052.53 seized by law enforcement on or about October 23, 2025, from JPMorgan Chase Bank account number ending 7732 held in the name of 5500 SW 67th LLC, and all proceeds traceable thereto;

4. approximately $1,704.81 seized by law enforcement on or about October 23, 2025, from JPMorgan Chase Bank account number ending 2557 held in the name of 1606 S Bayshore LLC, and all proceeds traceable thereto;

5. approximately $8,740.51 seized by law enforcement on or about October 23, 2025, from JPMorgan Chase Bank account number ending 2707 held in the name of S Hollywood Holdings, LLC, and all proceeds traceable thereto;

6. approximately $16,930.83 seized by law enforcement on or about October 23, 2025, from JPMorgan Chase Bank account number ending 7238 held in the name of 3916 51st LLC, and all proceeds traceable thereto;

7. approximately $2,500.17 seized by law enforcement on or about October 23, 2025, from JPMorgan Chase Bank account number ending 7501 held in the name of 166 Pinella LLC, and all proceeds traceable thereto;

8. approximately $17,475.33 seized by law enforcement on or about October 23, 2025, from JPMorgan Chase Bank account number ending 8850 held in the name of 1651 61st LLC, and all proceeds traceable thereto;

9.  approximately $150.47 seized by law enforcement on or about October 23, 2025, from JPMorgan Chase Bank account number ending 8958 held in the name of 1173 NE 104th LLC, and all proceeds traceable thereto;

10. approximately $9,458.20 seized by law enforcement on or about October 23, 2025, from JPMorgan Chase Bank account number ending 9995 held in the name of 5910 Denver LLC, and all proceeds traceable thereto;

11. approximately $8,258.37 seized by law enforcement on or about October 23, 2025, from JPMorgan Chase Bank account number ending 0380 held in the name of She Can Be Lucy LLC, and all proceeds traceable thereto;

12. approximately $493,080.16 seized by law enforcement on or about October 23, 2025 from Bank of America account number ending 4061 held in the name of Thomas Gelardo, and all proceeds traceable thereto;

13. one 2024 Lamborghini Urus bearing vehicle identification number ZPBUC3ZL5RLA32115 seized by law enforcement on or about October 23, 2025, in Scarsdale, New York, and all proceeds traceable thereto;

14. approximately 1.965545 Bitcoin previously stored at the virtual currency address bc1qyjy4dhhy75nq7z64anl6h2x97gv4j2gpwf2y0q, seized by law enforcement on or about October 23, 2025, and all proceeds traceable thereto;

15. approximately 100.878820 Ethereum previously stored at the virtual currency address 0x554e22C1b2f52BA4a6a4F967206dA9CC0302ac79, seized by law enforcement on or about October 23, 2025, and all proceeds traceable thereto;

16. approximately $28,115.00 in United States currency seized by law enforcement on or about October 23, 2025, in East Northport, New York; and

4

17.     approximately $221,758.00 in United States currency seized by law enforcement on or about October 23, 2025, in Scarsdale, New York.

The United States reserves the right to supplement or amend this Bill of Particulars

Dated: Brooklyn, New York
March 20, 2026

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

By: _/s/_____
Claire S. Kedeshian
Assistant United States Attorney
(718) 254-6051

To:  All Counsel of Record (by ECF)