1:25-cr-00314-RER-CHK USA v. Aiello

June 11, 2026, Attendance List

**Assistant U.S. Attorneys: Michael W. Gibaldi, Sean M. Sherman Kamil R. Ammari**

| DEFENDANTS | | ATTORNEYS |
|---|---|---|
| 1 Ernest Aiello | | Jeremy M Iandolo |
| 2 Nelson Alvarez | | Peter J. Guadagnino (CJA) |
| 3 Louis Apicella | | Shakira A. Fantauzzi |
| 4 Ammar Awawdeh | | Mark Lesko |
| 5 Saul Becher | **Not present** | **Avraham C. Moskowitz (CJA)** |
| | | **Joshua J. Lax (CJA)** |
| 6 Chauncey Billups | | **Marc Lee Mukasey** |
| | | **Torrey Kaufman Young** |
| | | **Michael F. Westfal** |

| | |
|---|---|
| 7 Matthew Daddino | **Patrice Sulton**<br>**Gerard M. Marrone** |
| 8 Eric Earnest | **David Gray** |
| 9 Lee Fama | **Marissa Sherman** |
| 10 John Gallo | **Lance A. Clarke** |
| 11 Marco Garzon | **Steven Brounstein (CJA)** |
| 12 Thomas Gelardo (C) | **Esereosonobrughue Onaodowan (CJA)** |
| 13 Jamie Gilet | **Jason Gould** |
| 14 Tony Goodson | **David M. Eskew** |
| 15 Kenny Han Not present | **James Kousouros** |

| | | |
|---|---|---|
| 16 Shane Hennen | | David Grey **appeared on the behalf of Todd M Leventhal.** |
| 17 Osman Hoti | **Not present** | **Gary S. Villanueva (CJA)** |
| 18 Horatio Hu | | **Eric Edward Rothstein** |
| 19 Zhen Hu | | **David Stern** |
| 20 Damon Jones | **Not present** | **Kenneth Montgomery (CJA)** |
| 21 Joseph Lanni | | **Frederick L. Sosinsky** |
| 22 John Mazzola | | **Jeff Chabrowe** |
| 23 Curtis Meeks **(C)** | **appearance waived** | **Thomas Nooter** |
| 24 Nicholas Minucci | | **Scott E. Leemon** |
| 25 Michael Renzulli | | **Scott E. Leemon appearing on behalf of Matthew Kluger** |

| | | |
|---|---|---|
| 26 Angelo Ruggiero, Jr. (C) | **appearance waived** | **James R. Froccaro** |
| 27 Anthony Shnayderman | | **Mark DeMarco** |
| 28 Robert Stroud | **Not present** | **Andrew Wiktor**<br>**Christopher Caffarone**<br>**Vincent John Martinelli** |
| 29 Seth Trustman | **Not present** | **John Curran (CJA)** |
| 30 Sophia Wei | | **Jacqueline Cistaro (CJA)** |
| 31 Julius Ziliani | | **Marco A. Laracca**<br>**Nicolette G DeSimone** |