

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MWG/IC/SMS/KRA
F. #2024R00654

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 14, 2026

By ECF and Email

The Honorable Ramon E. Reyes, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   United States v. Nelson Alvarez, et al.
> Criminal Docket No. 25-314 (RER)

Dear Judge Reyes:

The government respectfully submits this letter to request that the Court schedule change of plea hearings for the following defendants: (1) Nelson Alvarez, (2) Louis Apicella, (3) John Gallo, (4) Marco Garzon, (5) Jamie Gilet, (6) Shane Hennen, (7) Horatio Hu, (8) Zhen Hu, (9) Nicholas Minucci, (10) Michael Renzulli, (11) Angelo Ruggiero, Jr., and (12) Julius Ziliani.  Each of these defendants is expected to plead guilty to Count One of the Indictment.  An elements sheet for that offense is enclosed.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:  _____/s/_____

Michael W. Gibaldi
Irisa Chen
Sean M. Sherman
Kamil R. Ammari
Assistant United States Attorneys
(718) 254-7000

Enclosure

cc:   Clerk of Court (RER) (by ECF)
Counsel of Record (by ECF)