LAW OFFICE OF

# MICHAEL K. BACHRACH

224 WEST 30TH STREET, SUITE 302
NEW YORK, N.Y. 10001

--------------

TEL. (212) 929-0592 • FAX. (866) 328-1630

MICHAEL K. BACHRACH *
* admitted in N.Y., MN and D.C.

http://www.mbachlaw.com
michael@mbachlaw.com

July 14, 2026

By ECF

The Hon. Ramón E. Reyes, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re: United States v. Joseph Lanni,*
*25 Cr. 314 (RER)*

Dear Judge Reyes:

As per our July 6, 2026, letter to this Court (Doc. No. 551), we write now to reschedule Defendant Joseph Lanni's change of plea hearing. We have spoken with the Government and request that a change of plea hearing be scheduled for the week of July 27, 2026, or as soon thereafter as is convenient to all parties and the Court.

The parties have compared schedules and can be available on the following dates/times:

July 27, 2026 (all day)
July 28, 2026 (anytime after 1:00 p.m.)
July 29, 2026 (9:00 a.m. - 3:00 p.m.)
July 30, 2026 (anytime after 1:00 p.m.)

As always, we thank Your Honor for your time and consideration.

Respectfully submitted,

Michael K. Bachrach
Frederick L. Sosinsky
*Attorneys for Defendant Joseph Lanni*

cc:    All parties of record (by ECF)