# THE LAW OFFICE OF GERARD M. MARRONE

*66-85 73ʳᵈ Place, Second Floor*          *718.261.1711*
*Middle Village, New York 11379*          *347.813.4985-F*

July 30, 2026

The Honorable Ramon E. Reyes, Jr.
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    United States v. Matthew Daddino, et al.
Criminal Docket Number 25-314 (RER)

Dear Judge Reyes;

I write on behalf of my client defendant Matthew Daddino. Mr. Daddino respectfully objects to the Government's request to adjourn the currently scheduled November 2, 2026 trial date. This case has had a profound and adverse impact on Mr. Daddino's personal and professional life since the filing of the indictment. He has a significant interest in the prompt resolution of these charges and wishes to proceed to trial as scheduled.

Over the past several months, the defense has worked diligently to prepare this matter for trial. We have devoted substantial time and resources to reviewing discovery, investigating the facts, preparing our defense, and coordinating with our client in anticipation of the November 2 trial date. Accordingly, we believe the interests of justice are best served by maintaining the existing trial schedule.

For these reasons, Mr. Daddino objects to any adjournment and respectfully requests that the Court keep the November 2, 2026 trial date in place.

Thank you for your consideration.

Most Respectfully Submitted,

/s/ *Gerard Marrone*

Gerard Marrone, Esquire

Attorney for Defendant Daddino

Cc:
All AUSA