Federal Defenders
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

August 5, 2026

*Via ECF and Email*
The Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Lee Fama* – 25-cr-314 (RER)

Dear Judge Reyes:

We write respectfully on behalf of defendant Lee Fama regarding the Court's Trial Management Order entered on August 3, 2026, which granted the government's request, over Mr. Fama's objection, to adjourn the November 2, 2026, trial date and scheduled jury selection and trial to begin on November 30, 2026, and continue through December 18, 2026, with possible continuation on December 21–23 and December 28–30.

The defense team faces two preexisting scheduling conflicts with the newly set dates:

1. Defense counsel has an international trip, arranged nearly a year ago, beginning on December 7, 2026. Counsel will be out of the country and unavailable until December 16, 2026.
2. The defense team's investigator is scheduled to begin a trial in the Central Islip courthouse on December 7, 2026, with an estimated duration of four weeks.

Both engagements were planned around the prior November 2, 2026, trial date—which Your Honor had previously indicated would remain firm—and were made in reliance on that schedule.

We emphasize that Mr. Fama and his defense team are eager to defend against the charges and do not seek any unnecessary delay. Our concern is solely the need to ensure continuity of counsel and full availability of the defense team throughout the trial.

We remain available to begin trial on November 2, 2026, should the Court wish to reconsider its recent Trial Management Order. Alternatively, if the Court intends to maintain the newly set schedule, we respectfully request a brief continuance until after the holiday period, at a date convenient to the Court and the parties, to ensure full continuity of counsel and the defense team throughout the proceedings. We also suggest that the Court may find it useful to hold a

status conference with the remaining defendants to discuss scheduling and determine whether a unified schedule remains practicable.

We appreciate the Court's attention to this matter and its commitment to maintaining firm and efficient scheduling.

Respectfully Submitted,

/s/

Marissa Sherman
Charles V. Millioen
Assistant Federal Defenders
Attorneys for Lee Fama

Cc: AUSA Kamil Ammari
AUSA Irisa Chen
AUSA Michael Gibaldi
AUSA Sean Sherman