**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TH:MWG/SMS/KRA/SMS/MND/BGD
F. #2024R00654

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 18, 2026

By ECF and E-Mail

The Honorable Ramon E. Reyes, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Ernest Aiello, et al.
Criminal Docket No. 25-314 (RER)

Dear Judge Reyes:

The government respectfully submits this letter to request that the Court advance the date of the next status conference in this case from September 10, 2026, to a date in mid-to-late August 2026.

The reason for the request is to address the date for trial to begin in this case. As the Court is aware, counsel for defendant Lee Fama has filed a request to move the trial date in light of preexisting scheduling conflicts. *See* ECF No. 593. On August 12, 2026, the Court entered a notice on the docket indicating that the Court would address this request at the upcoming status conference. Because the pending request affects the schedule of the Court, the government, and up to eight defendants and defense teams in this case,[1] the government respectfully requests that the Court schedule a conference to address the trial date at the Court's earliest convenience.

[1] To date, eight defendants have not pleaded guilty or scheduled a change of plea hearing: Ernest Aiello, Chauncey Billups, Matthew Daddino, Eric Earnest, Lee Fama, Thomas Gelardo, Curtis Meeks, and Sophia Wei.

The government has sought the position of counsel for the eight defendants who have not yet pleaded guilty or scheduled a change of plea hearing. All counsel consent to this request except counsel for Earnest and Wei, who have not responded to the government's email.[2]

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Michael W. Gibaldi
Sean M. Sherman
Kamil R. Ammari
Sophia Suarez
Molly N. Delaney
Brandon G. Davis
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of the Court (RER) (by ECF)
Counsel of Record (by ECF and E-Mail)

---

[2] Counsel for Aiello is unavailable August 26 through September 3; counsel for Daddino and Fama are unavailable August 27 and 28; counsel for Gelardo is unavailable August 19 through 21; and counsel for Meeks is unavailable August 17 through August 25.